UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
          -v-                                                          :      21-CR-499-01 (PAE)
                                                                        :
JOHNNY PEREZ,                                                           :      <u>SCHEDULING ORDER</u>
                                                                        :
                                                                        :
                        Defendant.                                      :
                                                                        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

        Today's bail-appeal conference is hereby converted from in-person to telephonic, as a result of the defendant's being placed in a quarantine unit of the MDC. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

        SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: January 13, 2022
       New York, New York