UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JOHNNY PEREZ,

Defendant.

21-CR-499-01 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court affirmed Magistrate Judge Moses's order detaining the defendant on the ground that no condition or combination of conditions of release can reasonably assure the safety of the community.

The Court also granted a motion by defense counsel to extend by two weeks the deadline to file any motions to suppress. The deadline, previously January 14, 2022, is now **January 28, 2022**. The Clerk of Court is requested to terminate the motion at Dkt. No. 97.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: January 13, 2022
　　　 New York, New York