UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
               :
UNITED STATES OF AMERICA             :
               :
       -v-             :        21-CR-499 (PAE)
               :
JOHNNY PEREZ,              :        SCHEDULING ORDER
AARON STARKS,              :
SEKOU SIMPSON,            :
FRED JOHNSON,             :
DAVON MIAL,              :
FRAYVON YOUNG,            :
ROBERT MASON, and          :
DONNELL BURNS,             :
               :
        Defendants.     :
               :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

    For the reasons stated on the record at today's conference, the Court hereby sets the following schedule and deadlines:

- The Government will provide 3500 material to the defense and make any Rule 404(b) disclosures by **August 15, 2022**.

- Any motions *in limine* are due **August 22, 2022.**

- Requests to charge and proposed voir dire are due **August 22, 2022**.

- Opposition to any motions *in limine* are due **August 29, 2022.**

- The final pretrial conference in this case will take place **September 6, 2022** at **10:30 a.m.**

- Trial is scheduled for **September 12, 2022.**

    The Court excluded time until September 12, 2022, pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: February 18, 2022
       New York, New York

PAUL A. ENGELMAYER
United States District Judge