**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 4, 2022

*By ECF*

Honorable Paul E. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Johnny Perez*, 21 Cr. 499 (PAE)

Dear Judge Engelmayer:

    I write on consent (Assistant U.S. Attorney Kedar Bhatia) to respectfully request an extension until October 6, 2022 to file my sentencing submission. Sentencing in this matter is scheduled for October 18, 2022, and thus my submission is due today. I am still working on it, though, and because I am planning on leaving the office early and taking tomorrow off for the Jewish holiday, I don't expect to complete it before Thursday. Accordingly, I respectfully request a two-day extension for the submission of my sentencing submission.

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 218.

10/4/2022

SO ORDERED.

*[signature: Paul A. Engelmayer]*

PAUL A. ENGELMAYER
United States District Judge